Nanci Clarence, SBN 122286
Joshua H. Lerner, SBN 220755
CLARENCE & DYER LLP
899 Ellis Street
San Francisco, CA 94109
Telephone: (415) 749-1800
Facsimile: (415) 749-1694

Attorneys for Defendant Min T. Ma

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.: C-04-5295-JSW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING STAY OF CIVIL ACTION** |
| v. | |
| MIN T. MA and JOYCE MANNI NG, | |
| Defendants. | |

## STIPULATION

The parties hereby request that the stay currently in place in this matter remain in effect until October 28, 2005. The parties stipulate and agree to the following:

1. Pursuant to the Court's order of April 5, 2005, this matter was stayed while the criminal action against Mr. Ma (CR-04-0504 JSW) was being resolved.

2. Mr. Ma and the Securities and Exchange Commission currently are discussing a resolution of this matter. The parties have reached a number of agreements, but both parties require additional time to reach a final comprehensive resolution.

3. The parties request that this matter remain stayed until October 28, 2005, when

the parties expect to have concluded all necessary steps to determine whether they can reach a comprehensive settlement.

Dated: July 26, 2005        /s/: Joshua H. Lerner
                            Nanci L. Clarence
                            Joshua H. Lerner
                            Clarence & Dyer LLP

                            Attorneys for Defendant
                            Min T. Ma

Dated: July 26, 2005        /s/: Jennifer L. Scafe
                            Robert L. Mitchell
                            Jennifer L. Scafe

                            Attorneys for Plaintiff
                            S.E.C.

### [PROPOSED] ORDER

Pursuant to the parties' stipulation, it is ORDERED that this matter shall remain stayed until October 28, 2005.

Dated: July 28, 2005        _____
                            Hon. Jeffrey S. White, U.S.D.J.

**STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF STAY**
Case No.: C-04-5295-JSW

2