IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

MIN T. MA, et al.,

    Defendants.

No. C 04-05295 JSW

**ORDER REQUIRING JOINT STATUS REPORT**

On July 28, 2005, pursuant to stipulation of the parties, the Court continued a stay in this action through October 28, 2005. There has been no further action in the case since that date. Accordingly, the Court HEREBY ORDERS the parties to submit a joint status report to the Court by Friday, February 24, 2006, as to the status of these proceedings and whether or not the parties wish the Court to reinstate the stay.

**IT IS SO ORDERED.**

Dated: February 14, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE