HELANE L. MORRISON (State Bar No. 127752)
ROBERT L. MITCHELL (State Bar No. 161354)
JENNIFER L. SCAFE (State Bar No. 194649)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| SECURITIES AND EXCHANGE COMMISSION, | Case No. C-04-05295 (JSW) |
|---|---|
| Plaintiff, | |
| v. | JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER FOR STAY OF CIVIL ACTION |
| MIN T. MA and JOYCE MANNI NG, | |
| Defendants. | |

Pursuant to an order of the Court dated February 14, 2006, plaintiff Securities and Exchange Commission (the "Commission") and Defendant Min T. Ma ("Ma") provide this Joint Status Report and Stipulation and [Proposed] Order for Stay of Civil Action:

1. On July 28, 2005, pursuant to stipulation of the parties, the Court continued a stay of this action through October 28, 2005, in order to allow for the resolution of a pending criminal matter against Mr. Ma concerning the same facts as the present civil action. *United States v. Ma*, 04-0405 (JSW).

2. On November 15, 2005, the Court in *US v. Ma* waived restitution against Mr. Ma, in favor of disgorgement in an amount to be determined in the present civil action.

SEC v. MA, CASE NO. C-04-05295 (JSW)
JOINT STATUS REPORT AND STIPULATION AND [PROPOSED]
ORDER FOR STAY

1

3. Mr. Ma and the Commission staff have reached an agreement in principle with regard to the amount of disgorgement to be imposed in this matter, as well as other non-monetary relief against Mr. Ma. However, the parties require additional time to finalize this agreement, and for the Commission staff to present the proposed settlement for approval by the Commission itself.

4. Accordingly, the parties respectfully request that the Court reinstate the stay in this action until April 30, 2006.

Dated: 2/23, 2006

_____
Robert L. Mitchell
Jennifer L. Scafe

Attorneys for Plaintiff
Securities and Exchange Commission

Dated: _____, 2006

_____
Nanci L. Clarence
Joshua H. Lerner
Clarence & Dyer LLP

Attorneys for Defendant Min T. Ma

[PROPOSED] ORDER

IT IS SO ORDERED.

Dated: February 24, 2006

_____
Hon. Jeffrey S. White
United States District Judge

SEC v. MA, CASE NO. C-04-05295 (JSW)
JOINT STATUS REPORT AND STIPULATION AND [PROPOSED]
ORDER FOR STAY

2

3. Mr. Ma and the Commission staff have reached an agreement in principle with regard to the amount of disgorgement to be imposed in this matter, as well as other non-monetary relief against Mr. Ma. However, the parties require additional time to finalize this agreement, and for the Commission staff to present the proposed settlement for approval by the Commission itself.

4. Accordingly, the parties respectfully request that the Court reinstate the stay in this action until April 30, 2006.

Dated: _____, 2006

_____
Robert L. Mitchell
Jennifer L. Scafe

Attorneys for Plaintiff
Securities and Exchange Commission

Dated: __2/23__, 2006

*Nanci Clarence/JHL*
Nanci L. Clarence
Joshua H. Lerner
Clarence & Dyer LLP

Attorneys for Defendant Min T. Ma

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated: _____, 2006

_____
Hon. Jeffrey S. White
United States District Judge