1  HELANE L. MORRISON (State Bar No. 127752)
   ROBERT L. MITCHELL (State Bar No. 161354)
2  JENNIFER L. SCAFE (State Bar No. 194649)

3  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
4  44 Montgomery Street, Suite 2600
   San Francisco, California 94104
5  Telephone: (415) 705-2500
   Facsimile: (415) 705-2501
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 SECURITIES AND EXCHANGE COMMISSION,    Case No. C-04-05295 (JSW)

13         Plaintiff,
                                           **STIPULATION AND [PROPOSED] ORDER**
14     v.                                  **FOR EXTENSION OF STAY OF CIVIL**
                                           **ACTION**
15 MIN T. MA and JOYCE MANNING,

16         Defendants.

17

18

19

20         Plaintiff Securities and Exchange Commission (the "Commission") and Defendant Min T. Ma

21 stipulate as follows:

22         1.      On February 24, 2006, pursuant to stipulation of the parties, the Court reinstated a stay

23 of this action through April 30, 2006, in order to allow the parties time to finalize an agreement in

24 principle to resolve this case, including Mr. Ma's payment of disgorgement and other non-monetary

25 relief.

26         2.      The parties have reached an agreement in principle but require additional time for the

27 Commission staff to present the proposed settlement to the Commission itself for approval.

28

3.  Accordingly, the parties respectfully request that the Court extend the stay in this case until July 31, 2006.

Dated: April 24, 2006

_Jennifer L. Scafe_
Robert L. Mitchell
Jennifer L. Scafe

Attorneys for Plaintiff
Securities and Exchange Commission

Dated: April 21, 2006

Nanci L. Clarence
Kate Dyer
Clarence & Dyer LLP

Attorneys for Defendant Min T. Ma

[~~PROPOSED~~] ORDER

IT IS SO ORDERED.

Dated: April 26, 2006

_Jeffrey S. White_
Hon. Jeffrey S. White
United States District Judge